IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KIMBERLY BENEFIELD, VEATRICE
CHILDRESS, JANIS FRANKS, PENNY HILL.
VICKI KELLER, JENNIFER KIRKER,
CHRISTOPHER MATHIS, KRYSTAL
REEVES, LISA STRAIN, ROSA TAYLOR,
SUSIE TOSH, and AMANDA WHITE, EACH
INDIVIDUALLY AND ON BEHALF OF
OTHERS SIMILARLY SITUATED                                                    PLAINTIFFS

v.                          Case No. 4:12-cv-00589 KGB

CONVACARE MANAGEMENT, INC.,
ROLLING HILLS H.C., INC.,
JOEY WIGGINS and JOHN DOES 1-30                                              DEFENDANTS

## AMENDED ORDER

Before the Court is plaintiffs' motion to withdraw Amber Schubert as named counsel (Dkt. No. 35). For good cause shown, plaintiffs' motion is granted. Amber Schubert is no longer assigned as counsel of record for plaintiffs.

SO ORDERED this 7 day of December, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE