IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KIMBERLY BENEFIELD, VEATRICE
CHILDRESS, JANIS FRANKS, PENNY HILL.
VICKI KELLER, JENNIFER KIRKER,
CHRISTOPHER MATHIS, KRYSTAL
REEVES, LISA STRAIN, ROSA TAYLOR,
SUSIE TOSH, and AMANDA WHITE, EACH
INDIVIDUALLY AND ON BEHALF OF
OTHERS SIMILARLY SITUATED                                                    PLAINTIFFS

v.                          Case No. 4:12-cv-00589 KGB

CONVACARE MANAGEMENT, INC.,
ROLLING HILLS H.C., INC.,
JOEY WIGGINS and JOHN DOES 1-30                                              DEFENDANTS

## ORDER

Based on the parties' written representations to this Court, this case is removed from the trial docket for the week of November 3, 2014, and all pending motions are denied without prejudice as moot.

SO ORDERED this 20th day of August, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE